**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 98 WM 2019
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Respondent　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　v.　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
ROBERT ALLEN BENNEY,　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Petitioner　　　:

## ORDER

**PER CURIAM**

　　**AND NOW**, this 26th day of December, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.